FILED
CLERK, U.S. DISTRICT COURT

Jun 9, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MCKNIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY SOLUTIONS, INC.,<br><br>Defendant. | Case No. CV16-00170-SVW (KKx)<br><br>[Proposed]<br>JUDGMENT<br><br>JS-6 |

Pursuant to the offer of judgment and plaintiff's acceptance, judgment is entered against Technology Solutions, Inc. in the amount of **$40,000**, and attorney fees and costs of **$12,000**. Payment is due by June 3, 2016.

IT IS SO ORDERED.

Date: June 9, 2016

_____
Hon. Judge of the District Court
STEPHEN V. WILSON

1
JUDGMENT